# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAMELA POLCHIN and THOMAS POLCHIN, | No. 3:19-CV-02179 |
| Plaintiffs, | (Judge Brann) |
| v. | |
| AMERICAN ALTERNATIVE INSURANCE CORPORATION, | |
| Defendant. | |

## ORDER

### APRIL 23, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Defendant's motion to dismiss (Doc. 2) the loss of consortium claim is **DENIED WITHOUT PREJUDICE**.

2. The Defendant shall file an answer to the complaint within fourteen (14) days of the date of this Order pursuant to Fed. R. Civ. P. 12(a)(4)(A).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge